# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:18-CR-157-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RAFID LATIF, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Permission For Defendant To Travel" (Document. No. 80) filed November 1, 2018. Having carefully considered the motion and for good cause shown, and noting no opposition from the government, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion For Permission For Defendant To Travel" (Document. No. 80) is **GRANTED**. Defendant Rafid Latif is allowed to travel to New York between November 5, 2018 and November 15, 2018. He must comply with the terms of his pretrial release and the directives of his probation officer during his travel.

The Clerk is directed to certify copies of this order to Defendant's counsel, the government, the US Marshals Service, and the U.S. Probation Office.

**SO ORDERED**.

Signed: November 2, 2018

David C. Keesler
United States Magistrate Judge