IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00157-RJC-DCK

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAFID LATIF (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for Compassionate Release, (Doc. No. 212), following his request for relief from the warden of his institution.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within fourteen (14) days of the entry of this Order.

Signed: November 2, 2020

Robert J. Conrad, Jr.
United States District Judge